IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
5:08-CV-403-FL

SMD SOFTWARE, INC. and SITELINK )
SOFTWARE, LLC, )
)
      Plaintiffs, )
)
v. ) **THIRD AMENDED CASE**
) **MANAGEMENT ORDER**
EMOVE, INC., et al., )
)
      Defendants. )

This case comes before the court to establish a specific revised case schedule pursuant to the court's 31 March 2010 Order (D.E. 42). For good cause shown, the Case Management Order (D.E. 14, amended at D.E. 20, 27, 40, and 42) is modified as follows:

1. Reports from experts are due from plaintiffs by 30 July 2010. Reports from experts are due from defendants by 30 September 2010.

2. All discovery shall be commenced in time to be completed by 30 November 2010.

3. Supplementations of disclosures under Federal Rule of Civil Procedure 26(e) shall be served at such times and under such circumstances as required by that rule. In addition, such supplemental disclosures shall be served by 30 September 2010.

4. All potentially dispositive motions shall be filed by 30 December 2010.

5. The Clerk shall terminate the motion at D.E. 39, which is moot.

6. The trial date will be set in a separate order by Chief Judge Flanagan.

7. All other provisions in the existing Case Management Order remain in effect.

SO ORDERED, this 1st day of June 2010.

/s/ James E. Gates
James E. Gates
United States Magistrate Judge