UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:08-cv-00403-FL

| | |
|---|---|
| SMD SOFTWARE, INC., a North Carolina corporation, and SITELINK SOFTWARE, LLC, a North Carolina limited liability company,<br><br>Plaintiffs,<br><br>v.<br><br>EMOVE, INC., a Nevada corporation, U-HAUL INTERNATIONAL, INC., a Nevada corporation, WEB TEAM ASSOCIATES, a Nevada corporation, and A&M ASSOCIATES, an Arizona corporation,<br><br>Defendants. | **DEFENDANT EMOVE, INC.'S AND DEFENDANT U-HAUL INTERNATIONAL, INC.'S MOTION FOR LEAVE TO FILE A REPLY IN SUPPORT OF THEIR MOTION TO COMPEL** |

Defendants, EMove, Inc. and U-Haul International, Inc. (collectively "Defendants"), by and through the undersigned counsel, hereby move for leave to file a Reply in support of their Motion to Compel ("Defendants' Motion"). Defendants understand Local Rule 7.1(f)(2). However, Defendants submit that in the interests of judicial economy, the Court should be advised that some of the portions of the Defendants' motion are now not at issue. Plaintiffs provided a document supplementation to Defendants on the same day they filed their Response to Defendants' Motion, July 5, 2011 ("the July 5, 2011 Supplementation"), that renders some of Defendants' Motion moot. Additionally, Plaintiffs' Response raises an issue that was not addressed by Defendants' Motion, and makes several inaccurate allegations. Therefore, Defendants should be allowed to file a Reply that sets forth for the Court what issues remain after the July 5, 2011 Supplementation and that briefly touches upon the issue raised for the first time in Plaintiffs' Response and the Plaintiffs' inaccurate allegations.

Defendants' proposed Reply is attached hereto as Exhibit A. Pursuant to Local Rule 7.1(d), Defendants are also filing a supporting memorandum.

This 13th day of July, 2011.

YOUNG MOORE AND HENDERSON, P.A.

BY: /s/ Christopher A. Page
CHRISTOPHER A. PAGE
North Carolina State Bar No. 19600
WALTER E. BROCK, JR.
North Carolina State Bar No. 8195
PATRICK M. AUL
North Carolina State Bar No. 39506
Post Office Box 31627
Raleigh, North Carolina 27622
Telephone: (919) 782-6860
E-mail: cap@youngmoorelaw.com
*Attorneys for Defendant*

2

# CERTIFICATE OF SERVICE

The undersigned attorney hereby certifies that he electronically filed the foregoing document with the Clerk of Court using the CM/ECF system and that he served the foregoing document upon the attorneys shown below by transmittal of a Notice of Electronic Filing:

This the 13th day of July, 2011.

YOUNG MOORE AND HENDERSON, P.A.

BY:   /s/ Christopher A. Page
     CHRISTOPHER A. PAGE
     North Carolina State Bar No. 19600
     Post Office Box 31627
     Raleigh, North Carolina 27622
     Telephone: (919) 782-6860
     Facsimile: (919) 782-6753
     E-mail: cap@youngmoorelaw.com
     *Attorneys for Defendant*

Served on:

Luther D. Starling, Jr.
Daughtry, Woodard, Lawrence & Starling
Post Office Drawer 1960
Smithfield, North Carolina 27577
*Attorneys for Plaintiff*

920045.002/949156

3