UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:08-cv-00403-FL

| | |
|---|---|
| SMD SOFTWARE, INC., a North Carolina corporation, and SITELINK SOFTWARE, LLC, a North Carolina limited liability company,<br><br>Plaintiffs,<br><br>vs.<br><br>EMOVE, INC., a Nevada corporation, and WEB TEAM ASSOCIATES, a Nevada corporation,<br><br>Defendants. | **DEFENDANTS' SUPPLEMENTAL MEMORANDUM OF LAW IN SUPPORT OF THEIR MOTIONS *IN LIMINE*** |

# EXHIBIT J

Case 5:08-cv-00403-FL   Document 378-11   Filed 01/21/14   Page 2 of 4

# A GUIDE TO
# ECONOMETRICS

FOURTH EDITION

## PETER KENNEDY

Simon Fraser University

**The MIT Press**
**Cambridge, Massachusetts**

## 17.2    ARIMA MODELS

The terminology "time series analysis" at one time referred to the *Box–Jenkins* approach to modeling time series, a technique developed by Box and Jenkins (1970) in the context of forecasting. This method abandoned the econometric modeling approach of using explanatory variables suggested by economic theory to explain/forecast, choosing instead to rely only on the past behavior of the variable being modeled/forecast. Thus in essence it is a sophisticated method of extrapolation.

Suppose *Y* is the variable to be modeled/forecast. Box–Jenkins analysis begins by transforming *Y* to ensure that it is *stationary*, namely that its stochastic properties are invariant with respect to time (i.e., that the mean of $Y_t$, its variance, and its covariance with other *Y* values, say $Y_{t-k}$, do not depend on *t*). This is checked in a rather casual way, by visual inspection of the estimated *correlogram*, a graph that plots the estimated *k*th-order autocorrelation coefficient, $\rho_k$, as a function of *k*. ($\rho_k$ is the covariance between $Y_t$ and $Y_{t-k}$, normalized by dividing it by the variance of *Y*). For a stationary variable the correlogram should show autocorrelations that die out fairly quickly as *k* becomes large.

Although many scientific time series data are stationary, most economic time series data are trending (i.e., the mean changes over time) and thus clearly cannot be stationary. Box and Jenkins claimed that most economic time series data could be made stationary by differencing (perhaps after taking logs to remove heteroskedasticity), and found that usually only one or two differencing operations are required. This creates a new data series, $Y^*$, which becomes the input for the Box–Jenkins analysis.

The general model for $Y^*$ is written as

$$Y^*_t = \phi_1 Y^*_{t-1} + \phi_2 Y^*_{t-2} + \ldots + \phi_P Y^*_{t-p} + \varepsilon_t + \theta_1 \varepsilon_{t-1} + \theta_2 \varepsilon_{t-2} + \ldots + \theta_q \varepsilon_{t-q}$$

where the $\phi$ and $\theta$ are unknown parameters and the $\varepsilon$ are independent and identically distributed normal errors with zero mean. Note that this model expresses $Y^*$ in terms only of its own past values along with current and past errors; there are no explanatory variables as there would be in a traditional econometric model. This general model is called an ARIMA(*p,d,q*) model for *Y*. Here *p* is the number of lagged values of $Y^*$, representing the order of the *autoregressive* (AR) dimension of the model, *d* is the number of times *Y* is differenced to produce $Y^*$, and *q* is the number of lagged values of the error term, representing the order of the *moving average* (MA) dimension of the model. The acryonym ARIMA stands for *autoregressive integrated moving average*. The "integrated" means that to obtain a forecast for *Y* from this model it is necessary to integrate over (sum up) the forecast $Y^*$ because the $Y^*$ are differenced values of *Y*.

There are three basic steps to the development of an ARIMA model:

(1)    *Identification/model selection*    The values of *p*, *d* and *q* must be determined. The principle of parsimony is adopted; most stationary time series can be modeled using very low values of *p* and *q*.

(2)    *Estimation*    The $\theta$ and $\phi$ parameters must be estimated, usually by employing a least squares approximation to the maximum likelihood estimator.

(3)    *Diagnostic checking*    The estimated model must be checked for its adequacy and revised if necessary, implying that this entire process may have to be repeated until a satisfactory model is found.

The most crucial of these steps is identification, or model selection. This step requires the researcher to use his or her personal judgement to interpret some selected statistics, in conjunction with a plot of the correlogram, to determine which model the data suggest is the appropriate one to employ. In this respect the Box–Jenkins method is an art form, requiring considerable experience for a researcher to be able to select the correct model.

## 17.3    SEMTSA

At first econometricians ignored the Box–Jenkins approach, although it was not uncommon for the residuals in an econometric model to be modeled as an ARIMA process. In the early 1970s however, econometricians were forced to pay more attention to this approach by studies showing that Box–Jenkins forecasting equations were out-performing econometric forecasting models. At about the time that these studies were appearing the Box–Jenkins methodology was being extended to incorporate more than a single variable, the most extensive generalization being *multivariate Box–Jenkins*, in which an entire vector of variables is modeled as an ARIMA process. Some even claimed that the econometric approach would be wiped off the map whenever it had to compete against forecasts from multivariate Box–Jenkins models.

Econometricians responded to this slight by developing a (long overdue) synthesis of econometric modeling and the Box–Jenkins/time series methodologies. This synthesis, referred to as the *structural econometric time series approach*, or SEMTSA, is based on the observation that dynamic structural equation econometric models are special cases of multivariate time series (Box–Jenkins) processes in which *a priori* restrictions suggested by economic theory have been imposed on the parameters. Furthermore, if the exogenous variables in the econometric model can be viewed as being generated by a multiple time series (ARIMA) process, then each of the individual endogenous variables in the econometric model can be expressed as a univariate Box–Jenkins ARIMA process.

Assumptions about the properties of the structural econometric model, such as variable exogeneity and identifying restrictions, imply restrictions on the parameters of these ARIMA equations that can (and should) be tested. Since

ARIMA models are estimated without imposing any restrictions, it seems reasonable to conclude that the reason they out-forecast the econometric method is that the econometric approach has imposed inappropriate restrictions, i.e., it is not the econometric method that is at fault, but rather the way in which it has been operationalized.

In the SEMTSA approach a traditional econometric structural model is developed, incorporating the usual input from economic theory. The implied properties of the corresponding ARIMA equations are derived. Time series methods are then used to estimate the ARIMA equations and they are checked for consistency with the restrictions implied by the econometric model. Inconsistencies should prompt a reappraisal of the econometric model; SEMTSA is thus a procedure for discovering and repairing defects in proposed structural econometric models.

Box–Jenkins ARIMA modeling is atheoretical. Econometricians acknowledge that ARIMA models are efficient summaries of the time dependencies in the data, and that they are useful as benchmarks for forecasting, but do not consider them satisfactory with regard to explaining or understanding how the economy functions. They uncover facts that realistic models must explain and in so doing aid the formulation of such models; as such they can be viewed as complements to, not substitutes for, traditional structural modeling.

## 17.4  ERROR-CORRECTION MODELS

One reason for the relative success of ARIMA models is that traditional econometric structural models were too static – their dynamic specifications were not flexible enough to allow them adequately to represent an economy which when observed is more frequently out of equilibrium (going through a transition stage) than it is in equilibrium. This lack of attention to the dynamics of models was a natural outcome of the fact that economic theory has some ability to identify long-run relationships between economic variables, as created by equilibrium forces, but is of little help regarding the specification of time lags and dynamic adjustments. There is a paucity of dynamic theory. Viewed from this perspective, ARIMA models were seen to have two notable characteristics: they were very flexible in their specification of the dynamic structure of the time series, and they ignored completely the information that economic theory could offer concerning the role of long-run equilibria.

In light of this it seemed reasonable to structure econometric models to incorporate information from economic theory about long-run equilibrium forces and at the same time to allow for a very flexible lag structure, permitting the data to play a strong role in the specification of the model's dynamic structure. Providing the economic theory is correct, this approach should be superior to the ARIMA methodology. This line of thinking does not manifest itself in a new variant of the traditional simultaneous equation model, however; instead, the

variable to be explained/forecast is modeled via a single equation. The only concession to the possibility of simultaneity is that if an explanatory variable fails a test for exogeneity, estimation is undertaken by an instrumental variables technique.

Economic theory plays two roles in the development of this equation. First, it suggests explanatory variables for inclusion in this equation; and second, it identifies long-run equilibrium relationships among economic variables, which if not exactly satisfied will set in motion economic forces affecting the variable being explained. The equation is developed in two stages. First, a traditional econometric equation is specified, with a generous lag structure (which is later pared down by testing procedures) on all the explanatory variables, including lagged values of the dependent variable. Second, this equation is manipulated to reformulate it in terms that are more easily interpreted, producing a term representing the extent to which the long-run equilibrium is not met. This last term, one of the unique features of this approach, is called an error-correction term since it reflects the current "error" in achieving long-run equilibrium. A distinctive feature of these models is that the long-run equilibrium position is not embodied in an explicit associated set of simultaneous equations but instead is captured by one or more error-correction terms. This type of model has consequently come to be known as an *error-correction model*, or ECM.

As a simple example of this consider the relationship

$$y_t = \beta_0 + \beta_1 x_t + \beta_2 x_{t-1} + \beta_3 y_{t-1} + \varepsilon_t$$

where $y$ and $x$ are measured in logarithms, with economic theory suggesting that in the long run $y$ and $x$ will grow at the same rate, so that in equilibrium $(y - x)$ will be a constant, save for the error. This relationship can be manipulated (see the technical notes) to produce

$$\Delta y_t = \beta_0 + \beta_1 \Delta x_t + (\beta_3 - 1)(y_{t-1} - x_{t-1}) + \varepsilon_t.$$

This is the ECM representation of the original specification; the last term is the error-correction term, interpreted as reflecting disequilibrium responses. The terminology can be explained as follows: if in error $y$ grows too quickly, the last term becomes bigger, and since its coefficient is negative ($\beta_3 < 1$ for stationarity), $\Delta y_t$ is reduced, correcting this error. In actual applications, more explanatory variables will appear, with many more lags.

Notice that this ECM equation turns out to be in terms of differenced variables, with the error-correction component measured in terms of levels variables. This is what is supposed to give it an edge over ARIMA models, since in ARIMA models the variables are all differenced, with no use made of the long-run information provided by the levels data. But this mixing of differenced and levels data does raise questions concerning the legitimacy of having these two very different types of variables both appearing in the same equation, much as

Case 3:08-cv-00003-TMB Document 378-1 Filed 01/... Page 4 of 4