UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH
CAROLINA WESTERN DIVISION
FILE NO. 5:08-cv-00403-FL

SMD SOFTWARE, INC., et al.           :
                                     :        **ORDER GRANTING PLAINTIFFS'**
                   Plaintiffs         :    **CONSENTED-TO MOTION FOR LEAVE**
                                     :      **TO FILE REDACTED RESPONSE TO**
            v.                        :       **DEFENDANTS' MEMORANDUM OF**
                                     :           **LAW IN SUPPORT OF THEIR**
EMOVE, INC. et al.                    :     **MOTIONS *IN LIMINE*, AND EXHIBIT 1**
                                     :              **THERETO UNDER SEAL**
                   Defendants.        :

Plaintiffs' Consented-to Motion for Leave to File Redacted Response to Defendants'

Memorandum of Law in Support of their Motions *in Limine*, and Exhibit 1 thereto under seal, is

GRANTED.  The Court further finds:

1.    That the quality of the material at issue (non-public financial and

pricing information)  justifies the filing of a redacted version of Plaintiffs' Response to

Defendants' Memorandum of Law in Support of their Motions *in Limine* and Exhibit 1 thereto

under seal despite the balance of competing interests in access to public records;

2.    That the parties' interests in maintaining the confidentiality of their non-public

financial and pricing information override any constitutional or common law right of public

access which may attach to the information; and

3.    That there is no adequate alternative to allowing Plaintiffs to file a redacted

version of Plaintiffs' Response to Defendants' Memorandum of Law in Support of their Motions

*in Limine* and Exhibit 1 thereto under seal.

SO ORDERED, this the __16th__ day of _____April_____, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge