THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CV-403-FL

SMD SOFTWARE, INC., a North Carolina )
corporation; and SITELINK SOFTWARE, )
LLC, a North Carolina limited liability )
company, )
　)
　　　　Plaintiffs, )
　) JURY VERDICT FORM
　v. )
　)
EMOVE, INC., a Nevada corporation; and )
WEB TEAM ASSOCIATES, a Nevada )
corporation, )
　)
　　　　Defendants. )

# UNFAIR AND DECEPTIVE TRADE PRACTICES ACT CLAIM

1. Did *plaintiffs* establish by a preponderance of the evidence that one or more of the following descriptions of fact or representations of fact *about SiteLink-PC* in the 2004 Comparison Chart was false or misleading as of 2004?

| Benefit | SiteLink | webselfstorage | *Jury Finding Yes or No* |
|---|---|---|---|
| Tech Support | $399/yr | FREE Live chat (Plans to charge for phone support) | YES |
| Reservations | No | YES | NO |
| Integrated Credit Cards | No | YES (1.59%) | NO |
| Upgrades | incl. w/support | FREE (month-to-month) | NO |
| Online Payments | No | Yes (FREE w/Premier Customer Club) | YES |

*Proceed to Issue No. 2.*

2. Did *plaintiffs* establish by a preponderance of the evidence that one or more of the following descriptions of fact or representations of fact *about SiteLink-PC* in the 2005 Comparison Chart was false or misleading as of January, 2005?

| **Benefit** | **SiteLink** | **webselfstorage** | *Jury Finding Yes or No* |
|---|---|---|---|
| Tech Support | First 120 days Free call for service, contract, price | **Free Online Support Free Live Chat** | NO |
| Reservations | No | **YES** | NO |
| Integrated Credit Cards | No | **YES** (1.70%) | YES |
| Upgrades | included with support | **FREE** | NO |
| Cost per License | $1,199 and up | **ONLY $44.95/month** | NO |
| Online Payments | No | **YES** (FREE with Premier-CustomerClub) | YES |

*Proceed to Issue No. 3.*

3. Did *plaintiffs* establish by a preponderance of the evidence that one or more of the following descriptions of fact or representations of fact *about SiteLink-PC or SiteLink Web Edition* in the 2008 Comparison Chart was false or misleading as of January, 2008?

| Benefit | webselfstorage | SiteLink | *Jury Finding* *Yes or No* |
|---|---|---|---|
| Cost per License | ☑ *ONLY* 44⁹⁵ *PER MO.* | $3,000 – Windows $350/Mo. Web | YES |
| Tech Support | ☑ *FREE* PLUS Live Chat | ☎ For Service, Contract & Prices First 120 days Free | NO |
| Confirmed Reservations | ☑ *YES* | ⊘ | YES |
| Fully Integrated Credit Cards | ☑ *YES* @1.70% | ⊘ | YES |
| Upgrades | ☑ *FREE* | ⚠ Only When Support Is Purchased | YES |
| Fully Integrated Tenant Insurance | ☑ *YES* | ⊘ | YES |
| Fully Integrated Online Payments | ☑ *YES* | ⊘ | YES |
| Fully Integrated Call Center Service | ☑ *YES* | ⊘ | YES |
| Mobile Device Accessible | ☑ *YES* | ⊘ | NO |

*If you answered "Yes" as to any one or more of the statements set forth in Issue Nos. 1-3, proceed to Issue No. 4.*

*If you answered "No" as to each and every statement set forth in Issue Nos. 1-3, do not answer any additional Issues.*

3

4.  Did *plaintiffs* establish by a preponderance of the evidence that SMD and/or SiteLink suffered injury as a result of any one or more of the description(s) of fact or representation(s) of fact in Issue Nos. 1-3 that you found false or misleading – or as a result of any group of such false or misleading statements or representations – contained within any *single* comparison chart?

    Yes ✓ No ____

*If you answered "Yes" to Issue No. 4, proceed to Issue No. 5.*

*If you answered "No" to Issue No. 4, do not answer any additional Issues.*

5.  In what amount, if any, has SMD and/or SiteLink been injured by any such false or misleading statements?

    1.7 Million Dollars

*Proceed to Issue No. 6.*

6.  Did *plaintiffs* establish by a preponderance of the evidence that Web Team participated in the creation or development of the following comparison charts with knowledge or constructive knowledge that any one or more of the description(s) of fact or representation(s) of fact in Issue Nos. 1-3 that you found false or misleading were false or misleading?

    a.  The 2004 Comparison Chart

        Yes ____ No ✓

    b.  The 2005 Comparison Chart

        Yes ____ No ✓

    c.  The 2008 Comparison Chart

        Yes ____ No ✓

*Proceed to Issue No. 7.*

4

## LANHAM ACT CLAIM

7. Did *plaintiffs* establish by a preponderance of the evidence that any one or more of the description(s) of fact or representation(s) of fact in Issue Nos. 1-3 that you found false or misleading – or any group of such false or misleading statements or representations – contained within any *single* comparison chart, was material in that it was likely to influence the purchasing decisions of self-storage facility management software consumers?

   Yes __✓__ No _____

*If you answered "Yes" to Issue No. 7, proceed to Issue No. 8.*

*If you answered "No" to Issue No. 7, proceed to Issue No. 12.*

8. Was any one or more of the description(s) of fact or representation(s) of fact you found false or misleading in Issue Nos. 1-3 and material in Issue No. 7:

   a. Literally false?

      Yes _____ No __✓__

   b. Made by defendant(s) with intent to deceive?

      Yes _____ No __✓__

*If you answered "Yes" for either Issue Nos. 8a or 8b proceed to Issue No. 9.*

*If you answered "No" to both Issue Nos. 8a and 8b, proceed to Issue No. 10.*

9. Did *defendants* establish by a preponderance of the evidence that any such false or misleading and material statement(s) did *not* actually deceive a substantial segment of self-storage facility management software consumers?

   Yes _____ No _____

*If you answered "Yes" to Issue No. 9, proceed to Issue No. 12.*

*If you answered "No" to Issue No. 9, proceed to Issue No. 11.*

10. Did *plaintiffs* establish by a preponderance of the evidence that any such false or misleading and material statement(s) actually deceived a substantial segment of self-storage facility management software consumers?

    Yes \_\_\_\_  No ✔

*If you answered "Yes" to Issue No. 10, proceed to Issue No. 11.*

*If you answered "No" to Issue No. 10, proceed to Issue No. 12.*

11. In what amount, if any, has eMove gained as a result of any such material, deceptive, and false or misleading statements?

    _____

*Proceed to Issue No. 12.*

# TORTIOUS PRODUCT DISPARAGEMENT CLAIM

12. Did *plaintiffs* establish by a preponderance of the evidence that the 2004 Comparison Chart was distributed after July 14, 2005?

    Yes _____ No __✓__

*If you answered "Yes" to Issue No. 12, proceed to Issue No. 13.*

*If you answered "No" to Issue No. 12, proceed to Issue No. 17.*

13. Did *plaintiffs* establish by a preponderance of the evidence that eMove and/or Web Team made any one or more of the description(s) of fact or representation(s) of fact you found false or misleading in Issue Nos. 1-3 with malice?

    eMove: Yes _____ No _____

    Web Team: Yes _____ No _____

*If you answered "Yes" as to one or both defendants in Issue No. 13, proceed to Issue No. 14.*

*If you answered "No" as to both defendants in Issue No. 13, do not answer any additional Issues.*

7

14. Did *plaintiffs* establish *by clear and convincing evidence* that:

    a. eMove made any one or more of the description(s) of fact or representation(s) of fact that you found to be false or misleading in Issue Nos. 1-3 with malice?

       Yes _____ No _____

    b. Web Team made any one or more of the description(s) of fact or representation(s) of fact that you found to be false or misleading in Issue No. 3 only with malice?

       Yes _____ No _____

*Proceed to Issue No. 15.*

15. Did *plaintiffs* establish *by clear and convincing evidence* that:

    a. eMove willfully or wantonly made any one or more of the description(s) of fact or representation(s) of fact that you found to be false or misleading in Issue Nos. 1-3 and, by a preponderance of the evidence, to be made with malice in Issue No. 13?

       Yes _____ No _____

    b. Web Team willfully or wantonly made any one or more of the description(s) of fact or representation(s) of fact that you found to be false or misleading in Issue No. 3 only and, by a preponderance of the evidence, to be made with malice in Issue No. 13?

       Yes _____ No _____

*Proceed to Issue No. 16.*

8

16. If you answered "Yes" as to a defendant in Issue Nos. 14 and/or 15 what amount of punitive damages, if any, does the jury award in its discretion against the defendant(s) for whom you answered "Yes" in response to Issue Nos. 14 and/or 15?

   eMove: _____

   Web Team: _____

*Do not answer any additional Issues.*

9

Case 5:08-cv-00403-FL Document 444 Filed 05/23/14 Page 9 of 11

17. Did *plaintiffs* establish by a preponderance of the evidence that eMove and/or Web Team made any one or more of the description(s) of fact or representation(s) of fact you found false or misleading in Issue Nos. 2-3 with malice?

    eMove:     Yes _____  No __✓__

    Web Team:  Yes _____  No __✓__

*If you answered "Yes" as to one or both defendants in Issue No. 17, proceed to Issue No. 18.*

*If you answered "No" as to both defendants in Issue No. 17, do not answer any additional Issues.*

18. Did *plaintiffs* establish *by clear and convincing evidence* that:

    a. eMove made any one or more of the description(s) of fact or representation(s) of fact that you found to be false or misleading in Issue Nos. 2-3 with malice?

       Yes _____ No _____

    b. Web Team made any one or more of the description(s) of fact or representation(s) of fact that you found to be false or misleading in Issue No. 3 only with malice?

       Yes _____ No _____

*Proceed to Issue No. 19.*

10

19. Did *plaintiffs* establish *by clear and convincing evidence* that:

   a. eMove willfully or wantonly made any one or more of the description(s) of fact or representation(s) of fact that you found to be false or misleading in Issue Nos. 2-3 and, by a preponderance of the evidence, to be made with malice in Issue No. 17?

   Yes _____ No _____

   b. Web Team willfully or wantonly made any one or more of the description(s) of fact or representation(s) of fact that you found to be false or misleading in Issue No. 3 only and, by a preponderance of the evidence, to be made with malice in Issue No. 17?

   Yes _____ No _____

*Proceed to Issue No. 20.*

20. If you answered "Yes" as to a defendant in Issue Nos. 18 and/or 19 what amount of punitive damages, if any, does the jury award in its discretion against the defendant(s) for whom you answered "Yes" in response to Issue Nos. 18 and/or 19?

   eMove: _____

   Web Team: _____ ▮