IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:08-CV-403-FL

| | |
|---|---|
| SMD SOFTWARE, INC., a North Carolina corporation and SITELINK SOFTWARE, LLC, a North Carolina limited liability company, )<br><br>Plaintiffs, )<br><br>v. )<br><br>EMOVE, INC., a Nevada corporation and WEB TEAM ASSOCIATES, a Nevada corporation, )<br><br>Defendants. ) | ORDER |

This matter comes before the court upon the clerk's inquiry as to status of motions remaining at docket entry 319. After review of the same, the court finds as follows:

1. Motion to prohibit plaintiffs from introducing U-Haul's financial records – MOOT.

2. Motion to exclude Dr. Didow's damages calculation – GRANTED IN PART and DENIED IN PART at trial.

3. Motion to exclude Dr. Didow's expert report – MOOT.

4. Motion to exclude plaintiffs' software demonstration – DENIED IN PART and MOOT IN PART.

In accordance with sealed order entered May 5, 2014, directing the parties to provide the clerk, within fourteen (14) days after conclusion of trial, a copy of that order marked to reflect any perceived necessary redactions, having now received the consented to submission, the court gives its approval and DIRECTS that the redacted copy of the sealed order be made a part of the public record.

SO ORDERED, this the 10th day of June, 2014.

_____
LOUISE W. FLANAGAN
United States District Judge