UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:08-cv-00403-FL

| | |
|---|---|
| SMD SOFTWARE, INC., a North Carolina corporation, and SITELINK SOFTWARE, LLC, a North Carolina limited liability company,<br><br>  Plaintiffs,<br><br>vs.<br><br>EMOVE, INC., a Nevada corporation, and WEB TEAM ASSOCIATES, a Nevada corporation,<br><br>  Defendants. | **ORDER GRANTING THE PARTIES' JOINT REQUEST FOR TEMPORARY STAY OF PROCEEDINGS** |

This matter comes before the Court pursuant to the consent of all parties for entry of a temporary stay of all case activity pending the full effectuation and finalization of a resolution the parties have reached in principle. The Court finds that the forty-five (45) day temporary stay requested by the parties is fair and reasonable, and, therefore, for the good cause shown in the parties' joint notice of resolution in principle and request for temporary stay of proceedings;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all case activity and deadlines are stayed for forty-five (45) days. As soon as the parties' resolution has been fully effectuated and finalized, the parties shall file a joint stipulation of dismissal with prejudice.

SO ORDERED, this the 8th day of July, 2014

_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE

WE CONSENT

BY: /s/ Christopher A. Page
CHRISTOPHER A. PAGE
North Carolina State Bar No. 19600
E-mail: cap@youngmoorelaw.com
WALTER E. BROCK, JR.
North Carolina State Bar No. 8195
E-mail: web@youngmoorelaw.com
PATRICK M. AUL
North Carolina State Bar No. 39506
E-mail: pma@youngmoorelaw.com
Young Moore and Henderson, P.A.
Post Office Box 31627
Raleigh, North Carolina  27622
Telephone: (919) 782-6860
Facsimile: (919) 782-6753
*Attorneys for Defendants*

BY: /s/ Luther D. Starling, Jr.
Luther D. Starling, Jr.
State Bar No. 17603
Daughtry, Woodard, Lawrence & Starling
Post Office Drawer 1960
Smithfield, North Carolina 27577
Telephone:  (919) 934-5012
lewstarling@dwlslaw.com

BY: /s/ Catharine Arrowood
Catharine Arrowood
State Bar No. 6984
cbarrowood@parkerpoe.com
Christopher M. Thomas
State Bar No. 31834
christhomas@parkerpoe.com
Parker Poe Adams & Bernstein LLP
150 Fayetteville Street, Suite 1400
Raleigh, North Carolina 27601
Telephone:  (919) 890-4142

BY: /s/ Michele A. Ledo
Michele A. Ledo
State Bar No. 32166
Ledo Law
227 Elm Street
Raleigh, NC  27601
Telephone:  (919) 835-1311
mledo@ledolaw.com

*Attorneys for Plaintiffs*