UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:08-cv-00403-FL

| | |
|---|---|
| SMD SOFTWARE, INC. and SITELINK SOFTWARE, LLC | ) ) |
| Plaintiffs, | ) ) |
| v. | ) ) |
| EMOVE, INC., U-HAUL INTERNATIONAL, INC., WEB TEAM ASSOCIATES, INC. and A&M ASSOCIATES, INC., | ) ) ) |
| Defendants. | ) |

## STIPULATION OF DISMISSAL WITH PREJUDICE

NOW COME the Plaintiffs, SMD Software, Inc. and SiteLink Software, LLC, and the Defendants, eMove, Inc., U-Haul International, Inc., Web Team Associates, Inc., and A&M Associates, Inc., by and through their undersigned counsel, and hereby voluntarily stipulate that this action shall be dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

This the 30th day of July, 2014.

Respectfully submitted,

DAUGHTRY, WOODARD, LAWRENCE & STARLING
/s/ Luther D. Starling, Jr.
Luther D. Starling, Jr.
State Bar No. 17603
405 East Market Street, P.O. Drawer 1960
Smithfield, NC 27577
Telephone: (919) 934-5012
lewstarling@dwlslaw.com

PARKER POE
/s/ Catharine B. Arrowood
Catharine B.   Arrowood
State Bar No. 6984
Christopher M. Thomas
State Bar No. 31834
Wells Fargo Capitol Center
150 Fayetteville Street, Suite 1400
Raleigh, NC 27601
Telephone:    (919) 890-4142
cbarrowood@parkerpoe.com
christhomas@parkerpoe.com


LEDOLAW
/s/ Michele A. Ledo
Michele A. Ledo
State Bar No. 32166
227 Elm Street
Raleigh, NC  27601
Telephone:    (919) 835-1311
mledo@ledolaw.com

*Counsel For All Plaintiffs Having
Appeared In This Action*



YOUNG MOORE AND HENDERSON, P.A.
/s/ Walter E. Brock, Jr.
Walter E. Brock, Jr.
State Bar No. 8195
Christopher A. Page
State Bar No. 19600
Patrick M. Aul
State Bar No. 39506
P.O. Box 31627
Raleigh, NC  27622
Telephone:    (919) 782-6860
web@youngmoorelaw.com
cap@youngmoorelaw.com
pma@youngmoorelaw.com

*Counsel For All Defendants Having
Appeared In This Action*

2