UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:08-cv-00403-FL

| | |
|---|---|
| SMD SOFTWARE, INC., a North Carolina corporation, and SITELINK SOFTWARE, LLC, a North Carolina limited liability company,<br><br>  Plaintiffs,<br><br>vs.<br><br>EMOVE, INC., a Nevada corporation, and WEB TEAM ASSOCIATES, a Nevada corporation,<br><br>  Defendants. | **ORDER GRANTING DEFENDANTS' MOTION FOR PERMISSION TO INTERVIEW JURORS** |

This matter comes before the Court pursuant to the motion of Defendants seeking permission to interview those jurors willing to be interviewed about this case and the trial of this matter. Plaintiffs do not object to the Defendants' motion. For the good cause shown in the Defendants' filings in support of their motion, and because the Defendants' motion is not objected to by the Plaintiffs;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that Defendants may contact and interview those jurors who indicate that they are willing to be interviewed. If any juror indicates that he or she does not want to be interviewed, any subsequent communication or attempted communication with that juror is prohibited.

SO ORDERED, this the 31st day of _____July_____, 2014

_____
LOUISE W. FLANAGAN
U.S. DISTRICT COURT JUDGE