UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
FILE NO. 5:08-cv-00403-FL

| | |
|---|---|
| SMD SOFTWARE, INC., et al. ) | |
| Plaintiffs, ) | **ORDER REGARDING** |
| ) | **PLAINTIFFS' MOTION** |
| v. ) | **TO REDACT TRIAL TESTIMONY** |
| ) | **RELATING TO PROFITS AND LOSSES** |
| EMOVE, INC. et al., ) | **AND ATTENDANT EXHIBITS** |
| Defendants. ) | |

Plaintiffs' Motion to Redact Trial Testimony Relating to Profits and Losses and Attendant Exhibits is GRANTED. The Court further finds that:

1. The quality of the Limited Redactions (Plaintiffs' profit and loss information) justifies the redactions despite the balance of competing interests in access to public records;

2. Plaintiffs' interests in maintaining the confidentiality of their profit and loss information override any constitutional or common law right of public access which may attach to the information;

3. That there is no adequate alternative redacting the Limited Redactions;

4. Good cause exists for granting Plaintiffs' Motion to Redact Trial Testimony Relating to Profits and Losses and attendant Exhibits; and

5. Non-parties shall be prohibited from accessing the trial testimony and exhibits specifically identified in Plaintiffs' Supplement to Motion to Redact Trial Testimony Relating to Profits and Losses and Attendant Exhibits.

SO ORDERED, this the 3rd day of February, 2015.

_____
LOUISE W. FLANAGAN
United States District Judge